1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, | ) |
| | | ) |
| 9 | Plaintiff, | ) |
| | | ) |
| 10 | v. | )       2:06-CR-085-JCM (GWF) |
| | | ) |
| 11 | STEFAN NAGHIU, | ) |
| | VALENTIN GANE, | ) |
| 12 | MARIUS CIUREA, | ) |
| | MARIUS MOREA, and | ) |
| 13 | DANIEL VAIDA, | ) |
| | | ) |
| 14 | Defendants. | ) |

15

**FINAL ORDER OF FORFEITURE**

16       On April 26, 2007, the United States District Court for the District of Nevada entered a

17 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States

18 Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the

19 plea of guilty by defendant STEFAN NAGHIU to the criminal offenses, forfeiting specific property

20 alleged in the Second Superseding Indictment and shown by the United States to have a requisite

21 nexus to the offense to which defendant STEFAN NAGHIU pled guilty.

22       On October 29, 2007, the United States District Court for the District of Nevada entered a

23 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

24 Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the

25 plea of guilty by defendant VALENTIN GANE to the criminal offenses, forfeiting specific property

26 . . .

1    alleged in the Third Superseding Indictment and shown by the United States to have a requisite nexus

2    to the offense to which defendant VALENTIN GANE pled guilty.

3          On November 2, 2007, the United States District Court for the District of Nevada entered a

4    Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

5    Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the

6    plea of guilty by defendant MARIUS CIUREA to the criminal offenses, forfeiting specific property

7    alleged in the Third Superseding Indictment and shown by the United States to have a requisite nexus

8    to the offense to which defendant MARIUS CIUREA pled guilty.

9          On November 2, 2007, the United States District Court for the District of Nevada entered a

10   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

11   Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the

12   plea of guilty by defendant MARIUS MOREA to the criminal offenses, forfeiting specific property

13   alleged in the Third Superseding Indictment and shown by the United States to have a requisite nexus

14   to the offense to which defendant MARIUS MOREA pled guilty.

15         On November 2, 2007, the United States District Court for the District of Nevada entered a

16   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

17   Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the

18   plea of guilty by defendant DANIEL VAIDA to the criminal offenses, forfeiting specific property

19   alleged in the Third Superseding Indictment and shown by the United States to have a requisite nexus

20   to the offense to which defendant DANIEL VAIDA pled guilty.

21         This Court finds the United States of America published the notice of the forfeiture in

22   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23   consecutively from September 16, 2010 through October 15, 2010, notifying all known third parties

24   of their right to petition the Court.

25         This Court finds no petition was filed herein by or on behalf of any person or entity and the

26   time for filing such petitions and claims has expired.

2

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2  for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6  32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code,

7  Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of

8  according to law:

9    (a)    Linotronic 330 printer;

10    (b)    Sony Cybershot digital camera;

11    (c)    Epson Stylus 3000 color printer;

12    (d)    VasTech DT-14 developing machine;

13    (e)    DEK 1202 printing machine;

14    (f)    CRON-180UV printing machine;

15    (g)    CanadaStamp HP 1000 printing machine;

16    (h)    Cron Card Offset model CCP-01 press machine;

17    (i)    Little Joe press model 585;

18    (j)    MicroTech Scan maker 4 scanner;

19    (k)    Nu Line Imaging System NL 22-8C;

20    (l)    Phaser 7300 color printer;

21    (m)    HP Colorjet 2500L printer;

22    (n)    Idel-Werk document cutter;

23    (o)    X-Rite density calibrator;

24    (p)    Polaroid Colorshot photo printer;

25    (q)    Dell Optiplex GX 240 computer;

26    (r)    Apple Power Mac G-4 computer;

1        (s)    Two (2) laptop computers;

2        (t)    Dell Optiplex GX-150 computer; and

3        (u)    Compaq Presario computer.

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

5    funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

6    any income derived as a result of the United States of America's management of any property forfeited

7    herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

8        The Clerk is hereby directed to send copies of this Order to all counsel of record and three

9    certified copies to the United States Attorney's Office.

10       DATED this 2nd day of December, 2010.

11

12   _____
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final

Order of Forfeiture on December 1, 2010 by the below identified method of service:

E-mail/ECF

Richard A. Wright
Wright, Stanish & Winckler
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Rick@wswlawlv.com
*Counsel for Stefan Naghiu*

Mark B. Bailus
Bailus, Cook & Kelesis, Ltd.
400 South Fourth Street, Suite 300
Las Vegas, NV 89101
Law@bckltd.com
*Counsel for Marius Ciurea*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Terry.Jackson.Esq@gmail.com
*Counsel for Dumitru Niculescu*

Jess R. Marchese
Law Office of Jess R. Marchese
815 South Casino Center Boulevard
Las Vegas, NV 89101
Marcheselaw@msn.com
*Counsel for Valentin Gane*

Anthony P. Sgro
Patti & Sgro
720 South Seventh Street, Suite 300
Las Vegas, NV 89101
aturner@pattisgrolewis.com
*Counsel for Marius Morea*

Michael W. Sanft
Sanft Law
520 South Fourth Street
Las Vegas, NV 89101
Sanflawgroup@mac.com
*Counsel for Daniel Vaida*

Beau Sterling
Sterling Law LLC
228 South Fourth Street
Las Vegas, NV 89101
bsterling@sterlinglaw.us
*Counsel for Roberto Popa*

Charles E. Kelly
Kelly P.C.
706 South Eighth Street
Las Vegas, NV 89101
Ceklv@aol.com

 /s/Heidi L. Skillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk